**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-48524 |
| Michelle L Noland | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                Clerk of the Court
                219 South Dearborn
                Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

      Date:         11/14/2014
      Time:        9:00 a.m.
      Location:    Joliet City Hall
                      Second Floor
                      150 West Jefferson Street
                      Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  9/13/2014                 By:   */s/ Joji Takada*
                                                                   Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Michelle L Noland § Case No. 13-48524
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 430,000.00 |
| and approved disbursements of | $ | 386,896.91 |
| leaving a balance on hand of[1] | $ | 43,103.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Coldwell Banker Mortgage | $ 270,761.55 | $ 270,761.55 | $ 270,761.55 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 43,103.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 21,037.65 | $ 0.00 | $ 21,037.65 |
| Trustee Expenses: Joji Takada | $ 6.37 | $ 0.00 | $ 6.37 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 6,092.50 | $ 0.00 | $ 6,092.50 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 18.68 | $ 0.00 | $ 18.68 |
| Accountant for Trustee Fees: Callero and Callero lLP | $ 766.25 | $ 766.25 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

| | Total to be paid for chapter 7 administrative expenses | $ | 27,155.20 |
| | Remaining Balance | $ | 15,947.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,703.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Internal Revenue Service | $ 3,703.48 | $ 0.00 | $ 3,703.48 |
| | Total to be paid to priority creditors | | $ | 3,703.48 |
| | Remaining Balance | | $ | 12,244.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,517.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | $ 316.87 | $ 0.00 | $ 106.25 |
| 1 | American Infosource Lp As Agent For | $ 9,984.60 | $ 0.00 | $ 3,347.84 |
| 2 | Quantum3 Group Llc As Agent For | $ 1,495.62 | $ 0.00 | $ 501.48 |
| 3 | Quantum3 Group Llc As Agent For | $ 1,169.31 | $ 0.00 | $ 392.07 |

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Quantum3 Group Llc As Agent For | $ 1,627.54 | $ 0.00 | $ 545.71 |
| 6 | Community Hospital | $ 5,722.72 | $ 0.00 | $ 1,918.83 |
| 7 | N. A. Capital One | $ 3,379.51 | $ 0.00 | $ 1,133.15 |
| 9 | GE Capital Retail Bank | $ 3,040.73 | $ 0.00 | $ 1,019.56 |
| 10 | Capital Recovery V, Llc | $ 4,225.48 | $ 0.00 | $ 1,416.80 |
| 11 | Capital Recovery V, Llc | $ 988.95 | $ 0.00 | $ 331.60 |
| 12 | Capital Recovery V, Llc | $ 2,384.18 | $ 0.00 | $ 799.42 |
| 13 | Capital Recovery V, Llc | $ 1,285.68 | $ 0.00 | $ 431.09 |
| 14 | Enerbank Usa | $ 896.57 | $ 0.00 | $ 300.61 |

Total to be paid to timely general unsecured creditors    $    12,244.41

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                    Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 13-48524-BWB
Michelle L Noland                                                      Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2           Date Rcvd: Oct 14, 2014
                              Form ID: pdf006           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2014.
db         #+Michelle L Noland,    21716 Tatara Bridge Court,    Mokena, IL 60448-1983
21350881    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Shell Oil / Citibank,    Attn: Centralized Bankruptcy,
              Po Box 20363,    Kansas City, MO 64195)
21350863    +COMMUNITY HOSPITAL,    Komyatte & Casbon PC,    9650 Gordon DRive,    Highland, IN 46322-2909
21350858    +Cap1/mnrds,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21877805     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21350860    +Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
21350861    +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
              Woodbury, MN 55125-1703
21350862    +Comenitybank/marathon,    Po Box 182789,    Columbus, OH 43218-2789
21350864    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21350865    +Enerbank USA,    1245 East Brickyard Road Suite 600,    Salt Lake City, Utah 84106-2562
21350866     Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
21350867     Experian,    P.O. Box 9701,    Allen, TX 75013-9701
21350868    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
              Dearborn, MI 48121)
21350874     H.E.L.P. Financial,    Dept. CH 17743,    Palatine, IL 60055-7743
21350876    +Jared,    Po Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
21350878    +Komyatte & Casbon, P.C.,    9650 Gordon Dr.,    Highland, IN 46322-2909
21350879    +Mortgage Service Center,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
21350882    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21350883    +Tempur Pedic,    Po Box 94498,    Las Vegas, NV 89193-4498
21350884    +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
21350885    +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
21700077     Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21599927     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2014 02:04:32
              American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK  73124-8866
21973754     E-mail/PDF: rmscedi@recoverycorp.com Oct 15 2014 02:03:09      Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21350859    +E-mail/Text: bk.notifications@jpmchase.com Oct 15 2014 01:53:37       Chase Auto,
              Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
21921978     E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2014 02:05:01      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
21350870    +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2014 02:03:03      GECRB/JC Penny,
              Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21350872     E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2014 02:05:00      GECRB/Old Navy,
              Attn: Bankruptcy,    Po Box 130104,    Roswell, GA 30076
21350871    +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2014 02:03:03      Gecrb/Lowes,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
21350869    +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2014 02:00:45      Gecrb/ashley Furniture,
              950 Forrer Blvd,    Kettering, OH 45420-1469
21350873    +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2014 02:05:00      Gemb/walmart,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
21350875     E-mail/Text: cio.bncmail@irs.gov Oct 15 2014 01:53:19      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
21350877    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 15 2014 01:53:09       Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21613392     E-mail/Text: bnc-quantum@quantum3group.com Oct 15 2014 01:53:49
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21621882     E-mail/Text: bnc-quantum@quantum3group.com Oct 15 2014 01:53:50
              Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21350880   ##+Pediatrix Medical Group,   901 Macarthur Blvd.,   Munster, IN 46321-2901
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Oct 14, 2014
                              Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2014 at the address(es) listed below:

```
              Frances   Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
              Joji    Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Joji    Takada    on behalf of Accountant James J Diamico trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Toolis    on behalf of Debtor Michelle L Noland twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
              Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 6
```