**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Michelle L Noland | § | Case No. 13-48524 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 16,465.00<br>*(Without deducting any secured claims)* | Assets Exempt: 17,575.00 |
| Total Distributions to Claimants: 286,709.44 | Claims Discharged<br>Without Payment: 384,380.48 |
| Total Expenses of Administration: 69,043.54 | |

3) Total gross receipts of $ 430,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 74,247.02 (see **Exhibit 2**), yielded net receipts of $ 355,752.98 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 532,323.00 | $ 271,366.00 | $ 271,366.00 | $ 270,761.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 69,043.54 | 69,043.54 | 69,043.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,000.00 | 3,703.48 | 3,703.48 | 3,703.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 113,739.52 | 36,517.76 | 36,517.76 | 12,244.41 |
| **TOTAL DISBURSEMENTS** | $ 654,062.52 | $ 380,630.78 | $ 380,630.78 | $ 355,752.98 |

4) This case was originally filed under chapter 7 on 12/20/2013 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/27/2015 By:/s/Joji Takada, Chapter 7 Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 21716 Tatara Bridge Ct. Mokena, Il 60448 | 1110-000 | 430,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 430,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michelle Noland | Exemptions | 8100-002 | 15,000.00 |
| Cedrick Noland--Joint Owner | Non-Estate Funds Paid to Third Parties | 8500-002 | 59,247.02 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 74,247.02 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | 19,520.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mortgage Service Center Attn: Bankruptcy Dept Po Box 5452 Mt Laurel, NJ 08054 | | 257,803.00 | NA | NA | 0.00 |
| | Coldwell Banker Mortgage | 4110-000 | 255,000.00 | 270,761.55 | 270,761.55 | 270,761.55 |
| 5 | Wells Fargo Bank Na | 4110-000 | NA | 604.45 | 604.45 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 532,323.00 | $ 271,366.00 | $ 271,366.00 | $ 270,761.55 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 21,037.65 | 21,037.65 | 21,037.65 |
| Clerks Office, Bankruptcy Court | 2200-000 | NA | 176.00 | 176.00 | 176.00 |
| Joji Takada | 2200-000 | NA | 6.37 | 6.37 | 6.37 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 65.53 | 65.53 | 65.53 |
| Chicago Title and Trust Company | 2500-000 | NA | 835.00 | 835.00 | 835.00 |
| Cornerstone Management of Frankfort--HOA | 2500-000 | NA | 125.00 | 125.00 | 125.00 |
| John and Alison Stanovich--Credit towards Owners Policy | 2500-000 | NA | 1,508.00 | 1,508.00 | 1,508.00 |
| Studnicka and Associates--Survey Cost | 2500-000 | NA | 350.00 | 350.00 | 350.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Will County Treasurer | 2500-000 | NA | 16,426.41 | 16,426.41 | 16,426.41 |
| The Bank of New York Mellon | 2600-000 | NA | 136.15 | 136.15 | 136.15 |
| Frank Gecker LLP | 3210-000 | NA | 6,092.50 | 6,092.50 | 6,092.50 |
| Frank Gecker LLP | 3220-000 | NA | 18.68 | 18.68 | 18.68 |
| Callero and Callero LLP | 3410-000 | NA | 766.25 | 766.25 | 766.25 |
| Coldwell Banker Residential Realty | 3510-000 | NA | 21,500.00 | 21,500.00 | 21,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 69,043.54 | $ 69,043.54 | $ 69,043.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 4,000.00 | NA | NA | 0.00 |
| 8 | Internal Revenue Service | 5800-000 | 4,000.00 | 3,703.48 | 3,703.48 | 3,703.48 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 8,000.00 | $ 3,703.48 | $ 3,703.48 | $ 3,703.48 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 430.00 | NA | NA | 0.00 |
| | Chase Bank Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 1,426.00 | NA | NA | 0.00 |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Comenitybank/marathon Po Box 182789 Columbus, OH 43218 | | 1,430.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | COMMUNITY HOSPITAL 10020 DONALD S. POWER DR. Munster, IN 46321 | | 5,382.39 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 605.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 1,147.00 | NA | NA | 0.00 |
| | Enerbank Usa 1945 W Parnall Rd Ste 22 Jackson, MI 49201 | | 896.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 32,819.00 | NA | NA | 0.00 |
| | Gecrb/ashley Furniture 950 Forrer Blvd Kettering, OH 45420 | | 2,910.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 932.00 | NA | NA | 0.00 |
| | Gecrb/Lowes Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 4,105.00 | NA | NA | 0.00 |
| | GECRB/Old Navy Attn: Bankruptcy Po Box 130104 Roswell, GA 30076 | | 2,301.00 | NA | NA | 0.00 |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,226.00 | NA | NA | 0.00 |
| | H.E.L.P. Financial Dept. CH 17743 Palatine, IL 60055-7743 | | 5,768.30 | NA | NA | 0.00 |
| | Jared Po Box 1799 Attn: Bankruptcy Akron, OH 44333 | | 1,596.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 3,344.00 | NA | NA | 0.00 |
| | Pediatrix Medical Group 901 Macarthur Blvd. Munster, IN 46321 | | 337.44 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shell Oil / Citibank Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 729.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | 9,723.00 | NA | NA | 0.00 |
| | Tempur Pedic Po Box 94498 Las Vegas, NV 89193 | | 567.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 1,110.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 9,723.00 | 9,984.60 | 9,984.60 | 3,347.84 |
| 10 | Capital Recovery V, Llc | 7100-000 | 4,105.00 | 4,225.48 | 4,225.48 | 1,416.80 |
| 11 | Capital Recovery V, Llc | 7100-000 | 932.00 | 988.95 | 988.95 | 331.60 |
| 12 | Capital Recovery V, Llc | 7100-000 | 2,301.00 | 2,384.18 | 2,384.18 | 799.42 |
| 13 | Capital Recovery V, Llc | 7100-000 | 1,226.00 | 1,285.68 | 1,285.68 | 431.09 |
| 6 | Community Hospital | 7100-000 | 5,382.39 | 5,722.72 | 5,722.72 | 1,918.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Enerbank Usa | 7100-000 | 896.00 | 896.57 | 896.57 | 300.61 |
| 9 | GE Capital Retail Bank | 7100-000 | 2,910.00 | 3,040.73 | 3,040.73 | 1,019.56 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | 316.87 | 316.87 | 106.25 |
| 7 | N. A. Capital One | 7100-000 | 3,344.00 | 3,379.51 | 3,379.51 | 1,133.15 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 1,430.00 | 1,495.62 | 1,495.62 | 501.48 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | 1,110.00 | 1,169.31 | 1,169.31 | 392.07 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | 1,596.00 | 1,627.54 | 1,627.54 | 545.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 113,739.52 | $ 36,517.76 | $ 36,517.76 | $ 12,244.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 13-48524 BWB Judge: Bruce W. Black
Case Name: Michelle L Noland

For Period Ending: 03/27/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Date Filed (f) or Converted (c): 12/20/2013 (f)
341(a) Meeting Date: 01/27/2014
Claims Bar Date: 05/30/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21716 Tatara Bridge Ct. Mokena, Il 60448 | 268,000.00 | 0.00 | | 430,000.00 | FA |
| 2. Chase Bank - Checking | 75.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Everyday Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 6. Past Due Child Support | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2010 Ford Expedition - 75,000 Miles | 16,465.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $287,040.00 | $0.00 | | $430,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Agreement with joint-owner reached to sell real property at Tatara Bridge; Accepted offer to purchase real estate; Obtained court approval to sell same - Joji Takada 3/30/2014

Real estate sale closed; Proceeds received; Awaiting communication from buyer that property taken by Debtor from real property was returned in satisfactory condition; Upon communication all is well Debtor's homestead exemption check will be processed - Joji Takada 4/30/2014

After numerous attempts, received communication that no issues remained regarding returned personal property to buyer; Processed and sent homestead exemption check c/o Debtor's attorney - Joji Takada 5/7/2014

Hired accountant for estate; Accountant to prepare Federal and state returns - Joji Takada 5/10/2014

TFR prepared/filed. -- Joji Takada 11/30/2014

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-48524
Case Name: Michelle L Noland

Taxpayer ID No: XX-XXX3939
For Period Ending: 03/27/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8172
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/14 | | Chicago Title and Trust Company | Proceeds from sale | | | $59,247.02 | | $59,247.02 |
| | | | Gross Receipts | $430,000.00 | | | | |
| | | Coldwell Banker Mortgage | Mortgage payoff | ($270,761.55) | 4110-000 | | | |
| | | John and Alison Stanovich--Credit towards Owners Policy | Credit to Buyer | ($1,508.00) | 2500-000 | | | |
| | | Coldwell Banker Residential Realty | Real estate broker commission payment | ($21,500.00) | 3510-000 | | | |
| | | Will County Treasurer | Real estate taxes | ($16,426.41) | 2500-000 | | | |
| | | Chicago Title and Trust Company | Title closing costs and expenses | ($835.00) | 2500-000 | | | |
| | | Studnicka and Associates--Survey Cost | Title closing costs and expenses | ($350.00) | 2500-000 | | | |
| | | Cornerstone Management of Frankfort--HOA | Title closing costs and expenses | ($125.00) | 2500-000 | | | |
| | | Cedrick Noland--Joint Owner | Payment to joint-owner | ($59,247.02) | 8500-002 | | | |
| | 1 | | 21716 Tatara Bridge Ct. Mokena, Il 60448 | $430,000.00 | 1110-000 | | | |
| 05/07/14 | 100001 | Michelle Noland c/o Thomas W. Toolis Jahnke, Sullivan & Toolis, LLC 10075 West Lincoln Highway Frankfort, Illinois 60423 | Exemption Debtor's homestead exemption | | 8100-002 | | $15,000.00 | $44,247.02 |
| 05/08/14 | 100002 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2014 Blanket Bond Premium | | 2300-000 | | $65.53 | $44,181.49 |
| 05/27/14 | 100003 | Clerks Office, Bankruptcy Court 219 South Dearborn Chicago, IL 60604 Attn: Kelly Brennan | Administrative Expense Deferred filing fee re: Motion to Sell Real Estate | | 2200-000 | | $176.00 | $44,005.49 |
| | | | Page Subtotals: | | | $59,247.02 | $15,241.53 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-48524
Case Name: Michelle L Noland

Taxpayer ID No: XX-XXX3939
For Period Ending: 03/27/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8172
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.93 | $43,932.56 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.22 | $43,869.34 |
| 07/24/14 | 100004 | Clerk, US Bankruptcy Court<br>291 S Dearborn St<br>Chicago, IL 60604<br>Attn: Kelly Brennan | Filing Fee<br>Deferred filing fee re: Motion to Sell | 2700-000 | | $176.00 | $43,693.34 |
| 07/26/14 | 100004 | Clerk, US Bankruptcy Court<br>291 S Dearborn St<br>Chicago, IL 60604<br>Attn: Kelly Brennan | Filing Fee Reversal<br>Duplicate payment | 2700-000 | | ($176.00) | $43,869.34 |
| 08/03/14 | 100005 | Callero and Callero ILP<br>7800 N. Milwaukee Avenue<br>Niles, IL 60714<br>Attn: Ryan Matsui | Payment to trustee professional<br><br>Accountant to estate | 3410-000 | | $766.25 | $43,103.09 |
| 11/18/14 | 100006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $21,037.65 | $22,065.44 |
| 11/18/14 | 100007 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $6.37 | $22,059.07 |
| 11/18/14 | 100008 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $6,092.50 | $15,966.57 |
| 11/18/14 | 100009 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $18.68 | $15,947.89 |
| 11/18/14 | 100010 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Final distribution per court order. | 5800-000 | | $3,703.48 | $12,244.41 |
| 11/18/14 | 100011 | INTERNAL REVENUE SERVICE<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Final distribution per court order. | 7100-000 | | $106.25 | $12,138.16 |
| | | | Page Subtotals: | | $0.00 | $31,867.33 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-48524
Case Name: Michelle L Noland

Taxpayer ID No: XX-XXX3939
For Period Ending: 03/27/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8172
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/14 | 100012 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution per court order. | 7100-000 | | $3,347.84 | $8,790.32 |
| 11/18/14 | 100013 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $501.48 | $8,288.84 |
| 11/18/14 | 100014 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $392.07 | $7,896.77 |
| 11/18/14 | 100015 | Quantum3 Group Llc As Agent For Sterling Jewelers Inc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $545.71 | $7,351.06 |
| 11/18/14 | 100016 | Community Hospital Komyatte & Casbon Pc 9650 Gordon Drive Highland, In 46322 | Final distribution per court order. | 7100-000 | | $1,918.83 | $5,432.23 |
| 11/18/14 | 100017 | N. A. Capital One Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,133.15 | $4,299.08 |
| 11/18/14 | 100018 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $1,019.56 | $3,279.52 |
| 11/18/14 | 100019 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $1,416.80 | $1,862.72 |
| 11/18/14 | 100020 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $331.60 | $1,531.12 |
| | | | Page Subtotals: | | $0.00 | $10,607.04 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-48524
Case Name: Michelle L Noland

Taxpayer ID No: XX-XXX3939
For Period Ending: 03/27/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8172
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/14 | 100021 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $799.42 | $731.70 |
| 11/18/14 | 100022 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $431.09 | $300.61 |
| 11/18/14 | 100023 | Enerbank Usa<br>1245 East Brickyard Road Suite 600<br>Salt Lake City, Utah 84106 | Final distribution per court order. | 7100-000 | | $300.61 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $59,247.02 | $59,247.02 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $59,247.02 | $59,247.02 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $59,247.02 | $44,247.02 |

Page Subtotals: $0.00 $1,531.12

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8172 - Checking | $59,247.02 | $44,247.02 | $0.00 |
| | $59,247.02 | $44,247.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $370,752.98 |
| Total Net Deposits: | $59,247.02 |
| Total Gross Receipts: | $430,000.00 |